THIS ORDER IS APPROVED.

Dated: May 17, 2019

_____
**Scott H. Gan, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| **SUSANA HERNANDEZ,** | Case No. **2:14-bk-09596-SHG** |
| Debtor(s). | **ORDER GRANTING TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS TO COURT**<br><br>Proof of claim # 006 |

The Court, having reviewed the Trustee's Motion to Allow Payment of Unclaimed Funds and there being sufficient cause for granting it.

IT IS ORDERED granting the Trustee's Motion and allowing the Trustee to pay the Clerk of the Court **$4,063.63** to be deposited as provided in 11 U.S.C. § 347(a).

**ORDER SIGNED ABOVE**